FILED
APR 25 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ DISTRICT OF NORTH CAROLINA
~~EASTERN~~ DIVISION
Western / SMW
CASE NO. 5:25-cv-00217-FL

REGINA SUZANNE HARMON and
STETSON MANSFIELD WEBSTER,

    PLAINTIFFS,

    v.

TOWN OF WENDELL, MARVIN "MARC" COLLINS, in his individual and official capacity as Town Manager, GARRETT JOHNSON, in his individual and official capacity as Finance Director, MARY BETH TEW, in her individual and official capacity as Town Clerk, VIRGINIA GRAY, in her individual and official capacity as Mayor, JASON JOYNER, in his individual and official capacity as Commissioner, BRAXTON HONEYCUTT, in his individual and official capacity as Commissioner, JOHN "DEANS" EATMAN, in his individual and official capacity as Commissioner, JOSEPH "JOE" DELOACH, in his individual and official capacity as Commissioner, JONATHAN M. LUTZ, in his individual and official capacity as Commissioner,

    DEFENDANTS.

AFFIDAVIT OF NONRESPONSE

We, the undersigned, Regina Suzanne Harmon and Stetson Mansfield Webster, being first duly sworn, hereby declare and affirm the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. **On April 9, 2025**, we caused to be delivered to the Town of Wendell a formal legal demand letter addressed to Town officials and employees, requesting certified copies of public official surety bonds and executed oaths of office for the Mayor and all Commissioners of the Town of Wendell.

2. This demand letter was issued pursuant to the North Carolina Public Records Act, N.C. Gen. Stat. §§ 132-1 through 132-11, and other statutory provisions including N.C. Gen. Stat. § 128-5, § 58-72-10, §§ 11-1 through 11-9, and § 14-229.

3. The letter clearly stated that failure to respond or comply within three business days would constitute evidence of willful noncompliance and may be used in forthcoming federal litigation.

4. The records demanded included certified copies of all original and renewal surety bonds, oaths of office, meeting minutes documenting any approvals, and related documents for each Town official and employee listed in the April 9 demand.

5. The letter imposed a three (3) business day deadline, in accordance with the North Carolina Public Records Act, for production of the requested records, which passed without compliance.

6. **On April 14, 2025** the certified mailing record confirms that the Town of Wendell received the demand letter.

7. **On April 22, 2025**, Town Manager Marvin "Marc" Collins responded via email stating:

   > "Regina Harmon and Stetson Webster:
   > I am in receipt of the request for public information. A response will be provided after reviewing."
   >
   > — Marvin "Marc" Collins, Town Manager, Town of Wendell, via email on April 22, 2025.

8. Based on the absence of response, we believe the Defendants are willfully refusing to comply with lawful mandates and concealing noncompliance with state law, confirming the need for judicial intervention.

We affirm that the foregoing is true and correct to the best of our knowledge, information, and belief, and submit this affidavit to establish a factual basis for judicial oversight.

FURTHER AFFIANT SAYETH NAUGHT.

## VERIFICATION

*Regina Suzanne Harmon* [signature]
Regina Suzanne Harmon

*Stetson Mansfield Webster* [signature]
Stetson Mansfield Webster

State of North Carolina

County of Wake

Subscribed and sworn to before me this 25th day of April, 2025.

*Joseph A. Phillips* [signature]
Notary Public

My Commission Expires: 1-9-2027